UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.:  6:16-bk-02407-ABB

John Mendez and                                                Chapter 13
Vitalia Mendez,

_____Debtors._____/

DEBTORS' OBJECTION TO CLAIM
NUMBER 3 OF CREDITOR, ALLY BANK

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion , objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days plus an additional three (3) days for mailng, from the date this paper is entered on the docket.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy  on the movant's attorney, Cynthia E. Lewis, James H.. Monroe, P.A., P.O. Box 540163, Orlando, Florida 32854-0163.

If you file and serve an objection within the time permitted, the Court may schedule a hearing  and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice of hearing, and

The Debtors, John Mendez and Vitalia Mendez, by and through the undersigned attorney, object to the claim filed by Ally Bank, Claim No. 3, and in support thereof would state as follows:

1.       The Debtors filed bankruptcy on April 12, 2016.

2.       Creditor, Ally Bank, filed a secured claim (Claim No. 3) on April 18, 2016.  The Claim shows the name of the Debtor to be Elizabeth A. Brewer, Case Number 16-20667, but was filed in the above captioned case.

WHEREFORE, the Debtors request an order disallowing Claim No. 3 because the claim was filed in the wrong bankruptcy case.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been sent by U.S. Mail or electronic transmission, this 11th day of May, 2016, Ally Bank, PO Box 130424, Roseville, MN 55113-0004; Ally Servicing, LLC, Attn: Beverly Miller, Bankruptcy Agent, 4000 Lexington Ave., North, Suite 1, Shoreview, MN 55126; and the Debtors, John and Vitalia Mendez, 5848 Rywood Drive, Orlando, FL 32810.

/s/ Cynthia E. Lewis
James H. Monroe
Florida Bar No. 311995
Cynthia E. Lewis
Florida Bar No.: 53076
James H. Monroe, P.A.
P.O. Box 540163
Orlando, FL 32854-0163
(407) 872-7447
Facsimile No.: (407) 246-0008
Email: jamesmonroe@jamesmonroepa.com
Email: clewis@jamesmonroepa.com
Attorney for Debtors